**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

R.W.,

    Plaintiff,

vs.                                         CASE NO. 8:11-CIV-1326-T-EAK-AEP

ARMOR CORRECTIONAL HEALTH
SERVICES, et al.,

    Defendants.
_____/

**ORDER DENYING MOTION**

This cause is before the Court on the defendant's motion to prevent Plaintiff from proceeding anonymously (Doc. 40) and the response thereto (Doc. 46). The Court has carefully considered the allegations of the motion and response and finds that, at this time, the motion should be denied without prejudice to reassert at the time of trial. The Court finds that there is at least a question as to the safety of the Plaintiff if her full name were to be revealed at this time. So in an abundance of caution, the Court will hold this question for final resolution until a trial is scheduled and ready to move forward. Accordingly, it is

**ORDERED** the motion to prevent Plaintiff from proceeding anonymously (Doc. 40) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 4th day of April, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record